IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE SWAN,

    Plaintiff,

v.

WARDEN,

    Defendant.

No. C 20-7691 WHA (PR)

**ORDER OF DISMISSAL**

The clerk opened this case on November 2, 2020, based upon a letter from plaintiff, a California prisoner, claiming that his mental health needs are not being addressed properly. The same day, the clerk notified plaintiff that in order to proceed with his case, he must file a complaint and either pay the filing fee or file an application to proceed in forma pauperis ("IFP") within 28 days. Along with the notices, the clerk mailed him a form civil rights complaint and IFP application, instructions for completing these forms, and stamped return envelopes. The notices cautioned plaintiff that he must return the completed forms within 28 days or the case would be dismissed. No response has been received. Accordingly, the case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February  8 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE